FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 10 2017
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

CASE NO. 4:17-CV-141-KGB

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Dr. Jacob Jerome Taylor
ADC # 132395

Address: 300 Corrections Drive Newport, AR 72112

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge Baker
and to Magistrate Judge Deere

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Agent Rodrick McGruder

Position: Parole Officer

Place of employment: Arkansas Community Corrections

Address: Pike Ave, North Little Rock, AR 72114

Name of defendant: Deputy Stone

Position: County Intake Deputy Officer

-4-

Place of employment: Pulaski County Sheriff Department

Address: 2900 South Woodrow Street Little Rock, AR. 72206

Name of defendant: Detentive Maryln Scott

Position: Little Rock Detentive Div.

Place of employment: Little Rock Police Department

Address: 700 West Markham Street Little Rock, AR. 72201

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☒ official capacity only
☐ personal capacity only
☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: N/A

Defendants: _____

-5-

    ☐  Court (if federal court, name the district; if state court, name the county):

        N/A

    ☐  Docket Number: N/A

    ☐  Name of judge to whom case was assigned: N/A

    ☐  Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

    ☐  Approximate date of filing lawsuit: N/A

    ☐  Approximate date of disposition: N/A

IV.   Place of present confinement: 3310 Hazy Ridge Court in Little Rock, Arkansas 72227

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

    _____ in jail and still awaiting trial on pending criminal charges

    _____ serving a sentence as a result of a judgment of conviction

    _____ in jail for other reasons (e.g., alleged probation violation, etc.)
    explain: Home at 3310 Hazy Ridge Court on Parole Term of 2 years ADC Time

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

        Yes _____    No __X__

    B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? NO

Yes ___   No _X_

If not, why? At the time Petitioner was dealing with a new charge, And motion stress.

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On July 7. 2014 around 8-9am, Petitioner Dr. Jacob Jerome Taylor, ADC #132395, states that his Constitution Rights for as his "Miranda Rights", "Right to remain silent," during the time of his Arrest at his home 3310 Hazy Ridge Court Little Rock, Arkansas, 72227 by the Arkansas Community Correctional Parole Officers, The Miranda Rights was not read or cite to him at all even when he was booked into the Pulaski County Regional Detention Facility at 2900 Woodrow Street Little Rock, Arkansas 72206. He is sentence on the charges that his Constitution Rights was Violated of the Fifth Amendment before going to Court trial. Petitioner, states the Deputy at the County Jail even also did not cite to him the Miranda Rights.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Dr. Jacob Jerome Taylor, prays for the Court to file Law Suit in this said case, And release me from the 2014 Case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 4th day of March, 2017.

Dr. Jacob J. Taylor

Signature(s) of plaintiff(s)

800-4

**STATE OF ARKANSAS** )
                               ) §
**COUNTY OF** Jackson )

## AFFIDAVIT

I, Jacob Jerome Taylor, after first being duly sworn, do hereby swear, depose and state that: Agent Rodrick McGruder, was the Parole Officer at the time of Inmate Jacob Jerome Taylor arrest in 2014 case. Deputy Stone, was the Pulaski County Intake Deputy at the Jail upon booking in Inmate Jacob Jerome Taylor on the 2014 case. Detentive Marilyn Scott order for me to be sent to lock up at the Pulaski County Jail.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

2-23 2017
DATE

Jacob Jerome Taylor
AFFIANT

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
SOCIAL SECURITY #

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 23 day of February, 20 17.

John Sparks Jr.
NOTARY PUBLIC

My Commission Expires: 5-6-2026

JOHN SPARKS JR.
NOTARY PUBLIC-STATE OF ARKANSAS
WHITE COUNTY
My Commission Expires 5-6-2026
Commission # 12697992